UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SURENDRA GOEL,<br><br>    Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | CASE NO. 2:23-cv-01752<br><br>ORDER |

On November 7, 2024, the parties emailed Courtroom Deputy Mr. Cogswell to notify the Court that the case has settled. The Court STRIKES the remaining hearings, deadlines, and trial date. The Court ORDERS the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this order.

Dated this 8th day of November, 2024.

*Jamal W.*

Jamal N. Whitehead
United States District Judge

**ORDER** - 1